In the Matter of FRANK C. UITZ, JR., Appellant, against FRED-ERICK MORAN et al., as Commissioners of the State Board of Parole, Respondents.

Submitted May 15, 1944; decided May 25, 1944.

*Frank C. Uitz*, in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* of counsel), opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.